*JAMES A. SAVILLE, JR.*
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff
Rosemarie Salmassi e. Kfr.

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600



08 CV 4892

RECEIVED
MAY 28 2008
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROSEMARIE SALMASSI e. Kfr.,           :
                                      :    Index No.:
                    Plaintiff,        :    **08 CV _____ (   )**
                                      :
        - Against -                   :
                                      :
EURO-AMERICA CONTAINER LINE LTD.,     :    **RULE 7.1 STATEMENT**
                                      :
                    Defendant.        :
------------------------------------X

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **ROSEMARIE SALMASSI e. Kfr.** certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

       **NONE**

DATE: May 27, 2008      _____
               James A. Saville, Jr.