*JAMES A. SAVILLE, JR.*
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff
Rosemarie Salmassi e. Kfr.

45 Broadway – Suite 1500
New York, New York  10006
(212) 669-0600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05 28-08

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ROSEMARIE SALMASSI e. Kfr.,                     :

                    Plaintiff,        :

    - Against -                                  :

EURO-AMERICA CONTAINER LINE  LTD.,   :

                  Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Index No.:
**08 CV 4892 (RWS)**

**ORDER APPOINTING SPECIAL
PROCESS SERVICE PURSUANT
TO RULE 4 (c)**

Upon the application having been made by counsel for Plaintiff for an Order Appointing

a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon

reading and filing the Affirmation of James A. Saville, Jr., sworn to on May 27, 2008, and good

cause having been shown, it is on this 28 day of May, 2008.

**O R D E R E D** that Robert I. Blum or other such similarly qualified person

designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or

attorney to this action, in addition to the United States Marshal, be and hereby is appointed to

serve the Process of Attachment and Garnishment and the Verified Complaint, together with any

Interrogatories, upon the garnishee(s) who may hold assets for, or on account of, Defendant Euro-America Container Line Ltd.; and it is further

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendant Euro-America Container Line Ltd.

Dated: New York, New York

_____
UNITED STATES DISTRICT JUDGE