*JAMES A. SAVILLE, JR.*
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff
Rosemarie Salmassi e. Kfr.

45 Broadway – Suite 1500
New York, New York  10006
(212) 669-0600

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ROSEMARIE SALMASSI e. Kfr.,                    :

               Plaintiff,             :

      **- Against -**                         :

EURO-AMERICA CONTAINER LINE  LTD.,    :

             Defendant.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Index No.:

**08 CV 4892 (    )**

**SAVILLE AFFIRMATION**
**PURSUANT TO RULE (B)**

I, James A. Saville, Jr., hereby affirm as follows:

      1.     I am a member of Hill Rivkins & Hayden LLP, attorneys for Plaintiff herein and admitted to practice before this Honorable Court.

      2.     This Affirmation is submitted pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3.    Based upon the results of my investigation as set forth herein, I am firmly convinced that the defendant, Euro-America Container Line Ltd., is a corporation or other business entity which cannot be "found" within this District for the purpose of an attachment under Rule B.

4.    I contacted the office of the New York Department of State, Division of Corporations on May 22, 2008, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for  corporations named "Euro-America Container Line Ltd.".   The search result indicated that the defendant is not a New York corporation, nor it is licensed, authorized or registered to do business in the State of New York as either domestic or foreign corporation.

5.    I consulted with Directory Assistance for New York on May 22, 2008, for area codes (212), (718), (914), (646), and toll-free listings and no listing for Euro-America Container Line Ltd.

6.    I accessed on May 22, 2008, through Microsoft Internet Explorer, the Yellow Pages telephone directory database and found no listing in that database for any office or agent of the defendant in the State of New York.

7.    I accessed the Google search engine and conducted a search for Euro-America Container Line Ltd.  I found no website maintained by the defendant.

8.    Based upon the foregoing, it is respectfully submitted that defendant Euro-Container Line Ltd. cannot be "found" within this District within the meaning of Rule B, thus justifying issuance of an order of attachment against the assets of defendant as may be found within this District up to and including the amount of the claim as specified in the Verified Complaint.

I hereby affirm under the penalty of perjury that the foregoing is true and correct.

Dated:  May 27, 2008

James A. Saville, Jr.

29856\Rule B\Saville Rule B Affirmation

3